UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH A. JAKUTTIS,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF DRACUT, MASSACHUSETTS,<br>a municipal corporation and public employer;<br>DAVID J. CHARTRAND, JR., in his individual<br>and official capacity; MICHAEL V. O'HANLON,<br>in his individual capacity;<br>DEMETRI MELLONAKOS<br>(a/k/a John Doe 1), in his individual capacity; and<br>RICHARD P. POIRER, JR., (a/k/a John Doe 2),<br>In his individual capacity,<br><br>Defendants. | Case No. 16-12643-DPW |

## DECLARATION OF RICHARD P. POIRIER, JR.

I, Richard P. Poirier, Jr., do hereby depose under oath and with personal knowledge as follows:

1. In 1999, I became an officer with the Massachusetts State Police;

2. In December 2005, as a Massachusetts State Police Officer, I joined the United States Drug Enforcement Agency's ("DEA") Joint Task Force, Boston Field Division and was assigned to the Cross Border Initiative, which was originally located in Lowell, Massachusetts;

3. In a letter dated March 25, 2019, Agency Counsel advised me that Plaintiff's counsel requested documents generated by DEA as a result of an investigation of a marijuana shipment from Arizona to Massachusetts which involved me and was conducted with Dracut Police Officers Demetri Mellonakos and Wilmer Buhote at some date unknown; and

1

4. I advised that I did not participate in an investigation with Officers Demetri Mellonakos and Wilmer Buhote concerning a marijuana shipment from Arizona to Massachusetts.

Signed under the penalties of perjury this 20 day of May, 2019.

Richard P. Poirier, Jr.