UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH A. JAKUTTIS, an individual,<br><br>**Plaintiff**<br><br>v.<br><br>TOWN OF DRACUT, MASSACHUSETTS, a municipal corporation and public employer,<br>DAVID J. CHARTRAND, JR., in his individual and official capacity,<br>MICHAEL V. O'HANLON, in his individual capacity,<br>DEMETRI MELLONAKOS, in his individual capacity,<br>RICHARD P. POIRIER, JR., in his individual capacity,<br><br>**Defendants** | C.A. No. 1:16-cv-12643-DPW |

**DEFENDANT DAVID J. CHARTRAND, JR.'S
MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Defendant, David J. Chartrand, Jr., pursuant to Federal Rules of Civil Procedure Rule 56, who hereby move this Honorable Court for summary judgment on all claims made against him in the Plaintiff's Complaint ("Complaint"). If the Court so finds that judgment as a matter of law on all claims is improper, the Defendant Chartrand respectfully request judgment on those claims and parties as the Court sees fit. Defendant Chartrand submits a memorandum of law herewith.

        Defendant,
        DAVID J. CHARTRAND, JR.

        By his attorneys,

        */s/ Joseph A. Padolsky*
        _____
        Douglas I. Louison (BBO# 545191)
        dlouison@lccplaw.com
        Joseph A. Padolsky  (BBO# 679725)
        jpadolsky@lccplaw.com
        Louison, Costello, Condon & Pfaff, LLP
        101 Summer Street
        Boston, MA 02110
        (617) 439-0305

Dated: July 31, 2019

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

      Pursuant to Local Rule 7.1(A)(2), counsel for the Defendant conferenced with counsel for the Plaintiff regarding this motion.

Date: July 31, 2019                      */s/ Joseph A. Padolsky*
                                                       Joseph A. Padolsky

## CERTIFICATE OF SERVICE

      I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as listed below:

Date: July 31, 2019                      */s/ Joseph A. Padolsky*
                                                       Joseph A. Padolsky